```
1   JAMES P. SHEA (State Bar No. 162483)
    LAW OFFICE OF JAMES P. SHEA
2   5055 Wilshire Blvd., Suite 830
    Los Angeles, CA 90036
3   Telephone: 323-954-9605
    Fax: 323-954-9012
4   E-mail: lawoffice5055@aol.com

5   Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RENEE EDITH GILCHRIST,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant.<br>_____ | NO. 2:16-CV-00563-DTB<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

IT IS ORDERED that EAJA fees are awarded in the amount of two thousand, three hundred sixty one and eighty two cents ($2,361.82), and costs pursuant to 28 U.S.C. § 1920 in the amount of four hundred dollars and no cents ($400.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: August 30, 2016   _____
                         HON. DAVID T. BRISTOW
                         UNITED STATES MAGISTRATE JUDGE